# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145008 & (9)(10)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 145008
                                  COA: 308589

JENNIFER LEE SHIMEL,
        Defendant-Appellant.
                                  Presque Isle CC: 11-092697-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

d0501